IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 30 2008
1-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL BARTOLIC,   )
                    )
        Plaintiff,  )
                    )      08CV655
v.                  )      JUDGE LEINENWEBER
                    )      MAGISTRATE JUDGE COLE
MB FINANCIAL, INC., )
                    )
        Defendant.  )

Complaint

Plaintiff, Michael Bartolic ("Bartolic"), *pro se*, hereby complains of defendant MB Financial, Inc. ("MB Financial") as follows:

1. Plaintiff Bartolic is an individual residing at 225 W. Quincy St., Westmont, Illinois 60559. Bartolic maintains a legal practice at Sidley Austin, LLP, One South Dearborn Street, Chicago, Illinois 60603. Bartolic's attorney registration number is: 6285708.

2. Defendant MB Financial is a Maryland corporation maintaining an office at 1200 N. Ashland Ave., Chicago, Illinois 60622.

3. Bartolic holds a demand deposit account, number 225251850, with MB Financial. This is Bartolic's only account held with MB Financial.

4. Bartolic opened said account with a predecessor of MB Financial, First National, which maintained a branch at 200 W. Higgins Road, Schaumburg, Illinois 60195. When Bartolic opened said account, he resided at 863 Deerpath Court, Hoffman Estates, Illinois, 60194.

5. At the same time, Bartolic's father, whose legal name is Mike Bartolic, also residing at 863 Deerpath Court, Hoffman Estates, Illinois 60194, held a demand deposit

account with MB Financial's predecessor, First National, which maintained a branch at 200 W. Higgins Road, Schaumburg, Illinois 60195.

6. In or around 2001, MB Financial acquired First National, resulting in Bartolic, and his father Mike Bartolic holding demand deposit accounts with MB Financial.

7. Upon information and belief, sometime after MB Financial acquired First National, MB Financial negligently assigned Bartolic's social security number to the demand deposit account of Bartolic's father.

8. In or around December 2007, Bartolic visited MB Financial's branch in Darien, Illinois. Bartolic requested MB Financial update his address to reflect his new address at 225 W. Quincy St., Westmont, Illinois 60559. MB Financial refused to grant Bartolic's request.

9. Bartolic's father, Mike Bartolic, has been convicted of a felony in federal court in the Northern District of Illinois by the Honorable Judge Hibbler. Judge Hibbler sentenced Bartolic's father to probation and ordered him to pay restitution, creating a judgment debt.

11. Or about January 17, 2008, MB Financial received a legal citation from the United States Attorney's Office for the Northern District of Illinois, to discover assets held by Bartolic's father, residing at 863 Deerpath Court, Hoffman Estates, Illinois 60194. The citation specified the last four digits of the subject's social security number. The jurisdiction over this case is premised on the jurisdiction underlying the legal citation issued.

12. MB Financial's records reflect that Bartolic's social security number is different than that of the subject of the citation. MB Financial knew or should have known that more than one individual holds an account or accounts with MB Financial whose name appears on the account as "Michael Bartolic."

13. MB Financial owed a duty to Bartolic to conduct due diligence in identifying the proper account or accounts responsive to the United States Attorney's legal citation, which included removing Bartolic's social security number from Bartolic's father's account.

14. MB Financial breached its duty to Bartolic by failing to conduct such due diligence and failing to assign the appropriate social security numbers to accounts.

15. On or around January 29, 2008, with no prior notice to Bartolic, MB Financial, nevertheless froze Bartolic's demand deposit account, number 225251850.

16. On January 29, 2008, at or about 8:21 p.m., Bartolic requested a withdrawal from his account from an MB Financial 24-hour banking center located at 2401 75th Street, Darien, Illinois.

17. MB Financial refused to honor Bartolic's demand, in violation of the agreement governing Bartolic's demand deposit account.

18. Bartolic recently applied to refinance the loan secured by his principal residence at 225 W. Quincy Street, Westmont, Illinois 60559. Bartolic was approved by Wells Fargo to refinance approximately $371,000 at 5.75% interest for 30 years. Bartolic's existing loan terms are a 30 year loan at 6.25%. With a frozen account, Bartolic will not be able to refinance his loan. By not refinancing, Bartolic will suffer no less than $24,100 in damages.

19. Bartolic recently made an offer on a parcel of investment property located at 26 S. Adams Street, Westmont, Illinois 60559. The subject property is a bank foreclosure property. Bartolic offered $220,000. Bartolic has reason to believe his offer is the highest outstanding offer, and that the subject property is worth significantly more than the offered price. The subject property is worth approximately $240,000. If MB Financial does not release the freeze on Bartolic's account, Bartolic would be forced to breach a contract to purchase said

property, resulting in damages to Bartolic of at least $20,000, plus any consequential costs incurred as a result of that breach. In addition, Bartolic intended to acquire said property with intention of knocking down the existing structure and building a new home on speculation. Bartolic will lose approximately $70,000 in profits on the improvement to the land if MB Financial does not release the freeze on Bartolic's account.

20. Bartolic is an attorney practicing in the State of Illinois. Bartolic represents, *pro bono*, Alan Eugene Miller, a convicted capital murderer, *pro hac vice* in the Circuit Court of Shelby County, Alabama. Mr. Miller has an evidentiary hearing scheduled February 11, 2008 through February 15, 2008 for postconviction relief under Rule 32 of the Alabama Rules of Criminal Procedure. Bartolic needs to depart for Alabama no later than Monday, February 4, 2008 in order to prepare witnesses for the evidentiary hearing. Without access to funds in his demand deposit account, Bartolic will suffer significant hardship in trying a one-week case out of town, and Bartolic's representation of Mr. Miller will be greatly jeopardized. Both Bartolic and his client will suffer irreparable harm.

21. Bartolic's date of birth is March 28, 1980. Bartolic has financial obligations to meet. Bartolic has multiple bills come due at various times in the month. Unless MB Financial releases the freeze over Bartolic's account, Bartolic will be forced to default on various financial obligations.

22. Bartolic has notified representatives of MB Financial of the erroneous freeze, yet MB continues to refuse to release Bartolic's funds. Bartolic has conferred regarding this matter with Elizabeth Uzinski in MB Financial's legal department. Her telephone number is (847) 653-1782. Bartolic has also spoken with MB Financial's attorney, Donald Gibson, who practices at Mcguire Woods, and can be reached at (312) 750-8918.

23. Bartolic contacted the Assistant United States Attorney who issued the legal citation, Mr. Joseph Stewart, whose phone number is (312) 469-6008. Mr. Stewart has knowledge that the legal citation he issued for Bartolic's father's account has unfairly affected Bartolic and refuses to provide the direction required to MB Financial in order to end the inappropriate freeze on Bartolic's account. Bartolic is left with no recourse but this Court's help.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Bartolic prays for (1) damages against defendant MB Financial in the amount of $114,100, (2) punitive damages in the amount of $114,100, (3) an injunction ordering MB Financial to cease the freeze on Bartolic's demand deposit account numbered 225251850, (4) any attorneys fees Bartolic incurs should he retain counsel, (5) court costs and other expenses incurred in procuring any of these prayers for relief, and such other and further relief as may be just and proper.

Dated: January 30, 2008                    Michael Bartolic

Michael Bartolic
One South Dearborn Street
Chicago, IL  60603
(312) 853-4152