**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Michael Bartolic
(Please print)

STREET ADDRESS: One South Dearborn St.

CITY/STATE/ZIP: Chicago, IL 60603

PHONE NUMBER: (312) 853-4152

CASE NUMBER: 08CV655
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

Signature: [signed]   Date: 1/30/08

FILED JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT