FILED
JAN 30, 2008
JAN 3 0 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| MICHAEL BARTOLIC, ) | Case No. 08C 0655 |
| Plaintiff, ) | Judge JUDGE LEINENWEBER |
| vs. ) | |
| MB FINANCIAL, INC., ) | |
| Defendant. ) | |

## MOTION FOR TEMPORARY RESTRAINING ORDER

NOW COMES Plaintiff Michael Bartolic, *pro se*, and pursuant to Fed. R. Civ. P. 65 moves this Court to enter a temporary restraining order, attached as exhibit A, against Defendant MB Financial, Inc. ("MB Financial") as set forth in Exhibit A hereto. In support of his motion, Plaintiff states as follows:

1. Plaintiff holds a demand deposit account with Defendant, numbered 225251850.

2. Defendant received a legal citation to discover assets of "Michael Bartolic", social security number XXX-XX-4375, issued by Assistant United States Attorney Joseph Stewart. The citation is attached as exhibit B.

3. "Michael Bartolic", born August 20, 1954, is a convicted felon and judgment debtor. Plaintiff is not the judgment debtor.

4. Upon receiving the citation to discover assets, MB Financial improperly froze Plaintiff's demand deposit account, which is linked to Plaintiff's social security number not matching the number provided in the citation. .

5. Plaintiff cannot access his funds because Defendant froze Plaintiff's account. Plaintiff holds an online money market account with ING. Bartolic's money market account is only accessible via transfers in and out of Bartolic's demand deposit account held with Defendant.

6. Bartolic's wages from his employer are directly deposited into Bartolic's demand deposit account held with Defendant.

7. 18. Bartolic recently applied to refinance the loan secured by his principal residence at 225 W. Quincy Street, Westmont, Illinois 60559. Bartolic was approved by Wells Fargo to refinance approximately $371,000 at 5.75% interest for 30 years. Bartolic's existing loan terms are a 30 year loan at 6.25%. With a frozen account, Bartolic will not be able to refinance his loan. By not refinancing, Bartolic will suffer no less than $24,100 in damages.

8. Bartolic recently made an offer on a parcel of investment property located at 26 S. Adams Street, Westmont, Illinois 60559. The subject property is a bank foreclosure property. Bartolic offered $220,000. Bartolic has reason to believe his offer is the highest outstanding offer, and that the subject property is worth significantly more than the offered price. The subject property is worth approximately $240,000. If MB Financial does not release the freeze on Bartolic's account, Bartolic would be forced to breach a contract to purchase said property, resulting in damages to Bartolic of at least $20,000, plus any consequential costs incurred as a result of that breach. In addition, Bartolic intended to acquire said property with intention of knocking down the existing structure and building a new home on speculation. Bartolic will lose approximately $70,000 in profits on the improvement to the land if MB Financial does not release the freeze on Bartolic's account.

9. Bartolic is an attorney practicing in the State of Illinois. Bartolic represents, *pro bono*, Alan Eugene Miller, a convicted capital murderer, *pro hac vice* in the Circuit Court of Shelby County, Alabama. Mr. Miller has an evidentiary hearing scheduled February 11, 2008 through February 15, 2008 for postconviction relief under Rule 32 of the Alabama Rules of Criminal Procedure. Bartolic needs to depart for Alabama no later than Monday, February 4, 2008 in order to prepare witnesses for the evidentiary hearing. Without access to funds in his demand deposit account, Bartolic will suffer significant hardship in trying a one-week case out of town, and Bartolic's representation of Mr. Miller will be greatly jeopardized. Both Bartolic and his client will suffer irreparable harm.

10. Bartolic's date of birth is March 28, 1980. Bartolic has financial obligations to meet. Bartolic has multiple bills come due at various times in the month. Unless MB Financial releases the freeze over Bartolic's account, Bartolic will be forced to default on various financial obligations.

11. Bartolic has notified representatives of MB Financial of the erroneous freeze, yet MB continues to refuse to release Bartolic's funds. Bartolic has conferred regarding this matter with Elizabeth Uzinski in MB Financial's legal department. Her telephone number is (847) 653-1782. Bartolic has also spoken with MB Financial's attorney, Donald Gibson, who practices at Mcguire Woods, and can be reached at (312) 750-8918.

12. Bartolic contacted the Assistant United States Attorney who issued the legal citation, Mr. Joseph Stewart, whose phone number is (312) 469-6008. Mr. Stewart has knowledge that the legal citation he issued for Bartolic's father's account has unfairly affected Bartolic and refuses to provide the direction required to MB Financial in order to end the inappropriate freeze on Bartolic's account. Bartolic is left with no recourse but this Court's help.

13. The elements considered by federal courts for determining whether to issue temporary restraining orders and preliminary injunctions are identical. *Abbot Labs v. Sandoz, Inc.*, 2006 US Dist LEXIS 90747 (N.D. Ill.). The elements are: 1) whether the plaintiff has a reasonable likelihood of success on the merits; 2) whether the plaintiff will have an adequate remedy at law or will be irreparably harmed if the injunction does not issue; 3) whether the threatened injury to the plaintiff outweighs the threatened harm the injunction will inflict on the defendant; and 4) whether the granting of the preliminary injunction will disserve the public interest. *Faheem-El v. Klincar*, 841 F.2d 712, 716 (7th Cir. 1988).

14. Each of these elements are present here. First, Plaintiff is highly likely to succeed on the merits in this action. Plaintiff is not the judgment debtor subject to the legal citation, and Defendant's withholding of Plaintiff's funds is wrongful. No terms of a demand deposit account agreement permit Defendant to freeze Plaintiff's funds.

15. If this injunction is not issued, Plaintiff will be irreparably harmed and will not have an adequate remedy at law. Defendant has unequivocally refused to unfreeze Plaintiff's account until at least February 7, 2008. Plaintiff has no access to any of his deposited funds in any bank account, and no means by which to meet his financial obligations. Furthermore, inaccessibility to Plaintiff's funds will jeopardize Plaintiff's legal representation of his client.

16. Unlike Plaintiff, Defendant will suffer no harm if relief is granted. Granting Plaintiff relief will not affect Defendant's purported attempts to comply with any discovery requests into assets of "Michael Bartolic", born August 20, 1954. Defendant was provided with the last four digits of the subject's social security number, and such digits do not match the social security number of Plaintiff's account with Defendant froze.

17.  Only failure to grant this order will disserve the public interest. Denying Plaintiff's motion only incents banks such as Defendant to recklessly freeze accounts not conceivably subject to a legal citation, as proven by the bank's own records.

18.  While Fed. R. Civ. P. 65(b) does not require notice to Defendant, Plaintiff is attempting to notify Defendant of this temporary restraining order. Also, Plaintiff is telephoning and emailing Defendant's attorney. When a time is set for the hearing on this motion, Plaintiff will advise Elizabeth Uzinski of Defendant and Mr. Donald Gibson, Defendant's attorney accordingly.

19.  For the foregoing reasons, Plaintiff respectfully requests that this Court grant a temporary restraining order enjoining Defendant from refusing to unfreeze Plaintiff's demand deposit account, number 225251850, or any account linked to a social security number other than that provided by the United State's Attorney.

Michael Bartolic

*/s/ Michael Bartolic*

Dated: January 30, 2008

Michael Bartolic
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT R. VAN SPEYBROECK, | ) Case No. |
| Plaintiff, | ) Judge |
| vs. | ) |
| COLUMBIA SUSSEX CORPORATION | ) |
| Defendant. | ) |

## TEMPORARY RESTRAINING ORDER

This cause coming to be heard on the Motion for Temporary Restraining Order of Plaintiff Michael Bartolic pursuant to Fed. R. Civ. P. 65, and the Court being duly advised in the premises, hereby finds (a) that reasonable attempts were made by counsel for Plaintiff to provide notice to Defendant MB Financial, Inc. ("Defendant") of the time and place of the hearing on said motion; and (b) that, in the absence of such order, Plaintiff would suffer irreparable injury because he would be unable to access his own funds in any of his bank accounts. THEREFORE

IT IS HEREBY ORDERED that Defendant is enjoined from refusing to unfreeze Plaintiff's account number 225251850, matching SS# ***-**-0608.

ENTER: _____

Date and Time: _____

# EXHIBIT B

Case 1:08-cv-00655 Document 5 Filed 01/30/2008 Page 9 of 11



Legal Department
6111 N. River Road
10th Floor
Rosemont, IL 60018

## Facsimile Transmittal Cover Sheet

Date: 1-30-08

To: _____ Michael _____

Company/Department: _____

Fax Number: 312-853-7036

From:     Elizabeth Uscinski
          Legal Document Processor
          Legal Department
          Direct Dial: 847.653.1782
          Fax:         847.653.0070

Number of Pages: _____2_____ (including cover sheet)

Comments:

***THIS TRANSMISSION IS INTENDED FOR THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail. Thank you.***

CITATION TO FINANCIAL INSTITUTION IN CRIMINAL CASE

Issued by the

# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | |
|---|---|
| | **THIRD PARTY CITATION TO DISCOVER ASSETS** |
| V. | |
| | CASE NUMBER: 06 CR 649-1 |
| MICHAEL BARTOLIC | |

TO:　　MB Financial Savings Account, 6111 N. River Road, Rosemont, IL 60018

On October 10, 2007, the court entered judgment in favor of the United States and against Michael Bartolic, XXX-XX-4375, and it remains unsatisfied in the total amount of $524,827.93.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐　　YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
| | | |

X　　YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 230 South Dearborn Street, Suite 3948, Chicago, Illinois 60604 | February 7, 2008 at 9:00 a.m. |
| | A timely written answer will make your personal appearance unnecessary. |

X　　YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: See attached rider.

| CERTIFICATE OF ATTORNEY | MICHAEL W. DOBBINS, Clerk of the District Court |
|---|---|
| The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on October 10, 2007 judgment was entered against the defendant in the amount of $596,924.00 in the United States District Court for the Northern District of Illinois in case number 06 CR 649-1, and the balance now due is $524,827.93. *[signature]* Joseph A. Stewart, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604; (312) 469-6008. | DAVID JOZWIAK _____ (By) Deputy Clerk |

TOTAL P.02