IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 0 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| Michael Bartolic | ) | |
| Plaintiff, | ) | Case No. 08C 0655 |
| vs. | ) | Judge JUDGE LEINENWEBER |
| MB Financial, Inc. | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, January 31, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Leinenweber, in Room 1941, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for a Temporary Restraining Order.

_____
Michael Bartolic

Michael Bartolic
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
tel: (312) 853-4152
fax: (312) 853-7036

Dated: January ___, 2008

CH1 3180433v.2