Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 655 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Michael Bartolic vs. MB Financial | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Temporary Restraining Order is granted. Status hearing set for 2/12/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP