# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 655 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Michael Bartolic vs. MB Financial, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Case reported settled. All matters in controversy having been settled, cause dismissed with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|